| ATTORNEY GRIEVANCE<br>COMMISSION OF MARYLAND | * | IN THE |
|---|---|---|
| | * | SUPREME COURT |
| | * | OF MARYLAND |
| v. | * | AG No. 48 |
| IRA CHARLES COOKE | * | September Term, 2022 |

O R D E R

Upon consideration of the Joint Petition for Order Transferring the Respondent to Disability Inactive Status, filed by Acting Bar Counsel and Respondent, Ira Charles Cooke, on August 25, 2023 in the above-captioned case, in which Parties jointly petition this Court to transfer Respondent to disability inactive status pursuant to Rule 19-736(c) and advise that Respondent consents to being transferred to disability inactive status for an indefinite period, it is this 25th day of August 2023,

ORDERED, by the Supreme Court of Maryland, that the Joint Petition is GRANTED, and the Respondent, Ira Charles Cooke, is hereby transferred to disability inactive status by consent for an indefinite period; and it is further

ORDERED that the Clerk of this Court shall remove the name of Ira Charles Cooke from the register of attorneys in the Court and certify that fact to the Client Protection Fund of the Maryland and all Clerks of all judicial tribunals in this State in accordance with Maryland Rule 19-761.

Pursuant to the Maryland Uniform Electronic Legal Materials Act (§§ 10-1601 et seq. of the State Government Article) this document is authentic.

Gregory Hilton, Clerk

/s/ Shirley M. Watts
Senior Justice